```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 26668
   ARVA A WHITELOW
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1819

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/05/2005 and was confirmed 08/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  33.56% from remaining funds.

     The case was paid in full 08/14/2008.
--------------------------------------------------------------------------------
                                                         INTEREST     PRINCIPAL
CREDITOR NAME                CLASS         CLAIM AMOUNT    PAID         PAID
--------------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED         19000.00       2220.56     19000.00
CITIFINANCIAL AUTO CREDI  UNSECURED        6032.95           .00      2024.36
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED          .00           .00
AT&T BROADBAND            UNSECURED       NOT FILED          .00           .00
CREDIT PROTECTION ASSOC   NOTICE ONLY     NOT FILED          .00           .00
CAPITAL ONE               UNSECURED OTH     569.46          .00        191.11
CONSUMER FINANCE CORP     NOTICE ONLY     NOT FILED          .00           .00
CHEVY CHASE BANK          UNSECURED       NOT FILED          .00           .00
COLUMBIA BANK & TRUST CO  UNSECURED        1240.79           .00        416.35
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00           .00
NCO                       NOTICE ONLY     NOT FILED          .00           .00
CONSUMER FINANCE CORP     UNSECURED       NOT FILED          .00           .00
ALDER & ASSOCIATES        NOTICE ONLY     NOT FILED          .00           .00
FIRST NATIONAL BANK OF M  UNSECURED       NOT FILED          .00           .00
FIRST NATIONAL CREDIT CA  UNSECURED       NOT FILED          .00           .00
BECKET & LEE LLP          UNSECURED         794.05          .00        266.44
ARROW FINANCIAL SERVICES  NOTICE ONLY     NOT FILED          .00           .00
HOLLYWOOD VIDEO           UNSECURED       NOT FILED          .00           .00
LOYOLA UNIV MED CENTER    UNSECURED       NOT FILED          .00           .00
MERCHANT CREDIT GUIDE     NOTICE ONLY     NOT FILED          .00           .00
MCI                       UNSECURED       NOT FILED          .00           .00
CBC NATIONAL COLLECTION   NOTICE ONLY     NOT FILED          .00           .00
MIDNIGHT VELVET           UNSECURED         265.52          .00         89.10
NICOR GAS                 UNSECURED        1209.71          .00        405.92
POPULAR CLUB PLAN         UNSECURED       NOT FILED          .00           .00
PROVIDIAN                 UNSECURED       NOT FILED          .00           .00
UNIFUND CO                NOTICE ONLY     NOT FILED          .00           .00
ASSET ACCEPTANCE CORP     UNSECURED         353.41          .00        118.59
ASSET ACCEPTANCE LLC      NOTICE ONLY     NOT FILED          .00           .00
TCF BANK & SAVINGS        UNSECURED       NOT FILED          .00           .00
PROFFESSIONAL ACCOUNT MG  NOTICE ONLY     NOT FILED          .00           .00
VERIZON                   UNSECURED         480.13          .00        161.11
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 26668 ARVA A WHITELOW

```
CITY OF CHICAGO PARKING    UNSECURED         1240.00            .00          416.08
ECAST SETTLEMENT CORP      UNSECURED          990.95            .00          332.51
JEFFERSON CAPITAL SYSTEM   UNSECURED          857.90            .00          287.87
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                 TRUSTEE                                         1,790.01
DEBTOR REFUND              REFUND                                            218.54

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   30,638.55

PRIORITY                                              .00
SECURED                                         19,000.00
    INTEREST                                     2,220.56
UNSECURED                                        4,709.44
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             1,790.01
DEBTOR REFUND                                      218.54
                         ---------------     ---------------
TOTALS                     30,638.55            30,638.55
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                               /s/ Tom Vaughn
   Dated: 11/20/08          _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE
```